253

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 59307.**—Dodge & Olcott, Inc. *v.* United States, protests 187107–K and 187963–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 59308.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 137303–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59309.**—Bertrand Freres, Inc., et al. *v.* United States, protests 141097–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59310.**—Roure Dupont Manufacturing, Inc. *v.* United States, protests 187680–K, etc. (New York).